[No. 11718-1-I.   Division One.   October 10, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. BARBARA JOANNE TAYLOR, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81-1-03532-5, H. Joseph Coleman, J., entered April 12, 1982. *Dismissed* by unpublished per curiam opinion.

[No. 9107-7-I.   Division One.   October 10, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. FRITZ MAARTEN RATHJENS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 79-1-01682-5, Robert E. Dixon, J., entered July 28, 1980. *Reversed* by unpublished opinion per Williams, J., concurred in by Scholfield, J., and Walterskirchen, J. Pro Tem.

[No. 11945-1-I.   Division One.   October 10, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. DEBRA JEAN HALE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82-1-00411-8, Robert W. Winsor, J., entered July 1, 1982. *Affirmed* by unpublished opinion per Williams, J., concurred in by Scholfield, J., and Walterskirchen, J. Pro Tem.